UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW MAXELL CLAY AND TONJA CLAY, husband and wife,<br>　　　　Plaintiffs,<br>v.<br><br>HILTON WORLDWIDE HOLDINGS, INC, a Delaware Corporation; HILTON MANAGEMENT SERVICES (CIS), LLC dba HILTON MANAGEMENT SERVICES, a Delaware Corporation; HILTON HOSPITALITY, LLC, a Nevada Corporation dba HILTON HOSPITALITY INC.; HILTON INTERNATIONAL HOLDINGS, a Delaware Corporation; P.P.C. ENTERPRISE COMPANY, LTD, a Thailand Company/Corporation; HILTON INTERNATIONAL (THAILAND) CO, LTD, a Thailand Company/Corporation, JOHN AND JANE DOES 1-5, currently unknown individuals,<br>　　　　Defendants. | No. 2:18-cv-01262-JLR<br><br>**Order Granting Motion to Sign and Seal Letters Rogatory**<br><br>Note on Motion Calendar: December 7, 2018 |

This matter came before the Court on a motion requesting this Court sign and seal for delivery two Letters of Rogatory to facilitate service of defendants in Thailand. The Court has considered the motion, the records and files herein; and GRANTS the motion (Dkt. #7).

*Order Granting Motion to*
*Sign Letters Rogatory*

*Page 1 OF 2*

Dixon & Cannon, Ltd.
601 Union Street, Suite 3230
Seattle, WA 98101
(206) 957-2247

1

2   IT IS HEREBY ORDERED that this Court will sign and seal for delivery the two

3   submitted Letters Rogatory for service on defendants in Thailand.

4   DATED this 21ˢᵗ day of  Dec. , 2018

5

6   _____
    JJUDGE JAMES ROBART
7   UNITED STATE'S DISTRICT COURT

8

9

10

11  Presented by:

12  s/ James R. Dixon
    Attorney for Plaintiff
13  State Bar Number 18014
    Dixon & Cannon, Ltd.
14  601 Union Street, Suite 3230
    Seattle, WA 98101
15  Telephone: (206) 957-2247
    Fax: (206) 957-2250
16  E-mail: james@dixoncannon.com

ORDER GRANTING MOTION TO
SIGN LETTERS ROGATORY

Page 2 OF 2

Dixon & Cannon, Ltd.
601 Union Street, Suite 3230
Seattle, WA 98101
(206) 957-2247

James R. Dixon
Washington State Bar Number 18014
Dixon & Cannon, Ltd.
601 Union St., Suite 3230
Seattle, WA 98101
Telephone: (206) 957-2247
Fax: (206) 957-2250
E-mail: james@dixoncannon.com

William H.P. Fuld
Washington State Bar Number 40735
Emery Reddy PLLC
600 Stewart St., Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Fax: (206 441-9711
E-mail: william@emeryreddy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW MAXELL CLAY AND TONJA CLAY, husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> HILTON WORLDWIDE HOLDINGS, INC, et al. <br> Defendants. | Civil Action No. 18-1262 |

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

Writ: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PERSONAL INJURIES

    The United States District Court for the Western District of Washington requests international judicial assistance to effect service of process upon a named Defendant in the captioned civil proceeding currently pending before this Court. The Court requests the assistance described herein as necessary in the interests of

justice. It has been represented to this Court that the Defendant P.P.C. ENTERPRISE COMPANY, LTD. may be served at the following address:

> 41/25 Montri Road
> Sub-district of Taladyai
> District of Muang Phuket
> Phuket, Thailand 83000

The Court respectfully requests that you cause one copy of the attached documents to be served upon the defendant at the above described address in the manner prescribed for a service of similar documents under the laws of Thailand. The Court further requests that, after service has been made, you cause the person who serves the documents upon the defendant to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

Plaintiff's Counsel stands ready to reimburse your authority for all expenses incurred in executing this request for international judicial assistance. This Court also assures your Authority that it will reciprocate with similar assistance in like cases.

The Court extends to the Judicial Authorities in Thailand the assurances of its highest consideration.

__21 December 2018__
Date

Hon. James L. Robert
United States Courthouse
700 Stewart Street, Suite 13134
Seattle, WA 98101-9906
United States of America

James R. Dixon
Washington State Bar Number 18014
Dixon & Cannon, Ltd.
601 Union St., Suite 3230
Seattle, WA 98101
Telephone: (206) 957-2247
Fax: (206) 957-2250
E-mail: james@dixoncannon.com

William H.P. Fuld
Washington State Bar Number 40735
Emery Reddy PLLC
600 Stewart St., Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Fax: (206 441-9711
E-mail: william@emeryreddy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW MAXELL CLAY AND TONJA CLAY, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>HILTON WORLDWIDE HOLDINGS, INC, et al.<br>Defendants. | Civil Action No. 18-1262 |

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

Writ: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PERSONAL INJURIES

    The United States District Court for the Western District of Washington requests international judicial assistance to effect service of process upon a named Defendant in the captioned civil proceeding currently pending before this Court. The Court requests the assistance described herein as necessary in the interests of

justice. It has been represented to this Court that the Defendant HILTON INTERNATIONAL (THAILAND) CO, LTD may be served at the following address:

> 123 Charoennakorn Road
> Sub-district of Klongtonsai
> District of Klongsarn
> Bangkok, Thailand 10600

The Court respectfully requests that you cause one copy of the attached documents to be served upon the defendant at the above described address in the manner prescribed for a service of similar documents under the laws of Thailand. The Court further requests that, after service has been made, you cause the person who serves the documents upon the defendant to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

Plaintiff's Counsel stands ready to reimburse your authority for all expenses incurred in executing this request for international judicial assistance. This Court also assures your Authority that it will reciprocate with similar assistance in like cases.

The Court extends to the Judicial Authorities in Thailand the assurances of its highest consideration.

21 December 2018
Date

Hon. James L. Robart
United States Courthouse
700 Stewart Street, Suite 13134
Seattle, WA 98101-9906
United States of America