UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW MAXWELL CLAY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HILTON WORLDWIDE HOLDINGS, INC., et al., <br><br> Defendants. | CASE NO. C18-1262 JLR <br><br> ORDER TO SHOW CAUSE |

On December 21, 2018, the court granted Plaintiffs' motion to sign and seal for delivery two letters rogatory to facilitate service of process on Defendants P.P.C. Enterprise Company, Ltd., and Hilton International (Thailand) Co., Ltd., both of whom are in Thailand ("Foreign Defendants"). (*See* 12/21/18 Order (Dkt. # 15).) More than 16 months have passed since the court's order, and Defendants Hilton Worldwide Holdings, Inc., Hilton Management Services (CIS), LLC, Hilton Hospitality, LLC, and Hilton International Holdings have filed a motion for summary judgment. (*See id.*; *see also* MSJ

ORDER - 1

1  (Dkt. # 35).) Yet, Plaintiffs have filed no evidence that they have accomplished service
2  on Foreign Defendants; nor have Foreign Defendants appeared in these proceedings. *See*
3  Fed. R. Civ. P. 4(l)(2).
4        Accordingly, the court ORDERS Plaintiffs to SHOW CAUSE within seven (7)
5  days of the date of this order why Plaintiffs' claims against Foreign Defendants should
6  not be dismissed for failure to prosecute. If Plaintiffs do not demonstrate good cause for
7  their failure, the court will dismiss Plaintiffs' claims against Foreign Defendants without
8  prejudice.
9        Dated this 21st day of April, 2020.

JAMES L. ROBART
United States District Judge