UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW MAXWELL CLAY, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>HILTON WORLDWIDE HOLDINGS, INC., et al.,<br><br>                    Defendants. | CASE NO. C18-1262 JLR<br><br>ORDER TO SHOW CAUSE WHY THE COURT'S SUMMARY JUDGMENT ORDER DOES NOT DISPOSE OF THE ENTIRE CASE |

On April 27, 2020, the court granted Defendants Hilton Worldwide Holding, Inc., Hilton Management Services (CIS) LLC, Hilton International Holdings, and Hilton Hospitality, LLC's (collectively, "Moving Defendants") motion for summary judgment on Plaintiffs Andrew Maxwell Clay and Tonja Clay's (collectively, "the Clays") claims based on the doctrines of res judicata and collateral estoppel. (4/27/20 Order (Dkt. # 51).) The Clays have not yet served process on Defendants P.P.C. Enterprise Co., Ltd. and Hilton International (Thailand) Co. LTD (collectively, "Thai Defendants"). (*See*

ORDER - 1

*generally* Dkt.; *see also* 4/21/20 OSC (Dkt. # 50).)  On April 28, 2020, the Clays responded to the court's previous order to show cause and explained the steps that they have taken to accomplish service of process on Thai Defendants.  (OSC Resp. (Dkt. # 52).)  The court now orders the Clays to show cause why the court's April 27, 2020, summary judgment order, which is based on the doctrines of res judicata and collateral estoppel, would not also entirely dispose of the Clays' claims against Thai Defendants—irrespective of whether the Clays have served Thai Defendants or not.  The Clays shall file their response to this order to show cause no later than fourteen (14) days after the filing date of this order.  Moving Defendants may, but are not required to, file a response to the court's order to show cause within the same timeframe.  The court further directs the parties to limit their responses to no more than ten (10) pages, excluding declarations, affidavits, or other evidentiary materials that the parties may wish to file.

Dated this 29th day of April, 2020.

JAMES L. ROBART
United States District Judge