UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW MAXWELL CLAY, et al.,<br><br>  Plaintiffs,<br>v.<br><br>HILTON WORLDWIDE HOLDINGS, INC., et al.,<br><br>  Defendants. | CASE NO. C18-1262JLR<br><br>ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS |

On April 27, 2020, the court granted Defendants Hilton Worldwide Holdings, Inc., Hilton Management Services (CIS) LLC, Hilton International Holdings, and Hilton Hospitality, LLC's (collectively, "Moving Defendants") motion for summary judgment on Plaintiffs Andrew Maxwell Clay and Tonja Clay's (collectively, "the Clays") claims based on the doctrines of res judicata and collateral estoppel.  (*See* SJ Order (Dkt. # 51); *see also* MSJ (Dkt. # 35).)  On April 29, 2020, the court issued an order to show cause why the court's April 27, 2020, summary judgment order would not also dispose of the

ORDER - 1

Clays' claims against Defendants P.P.C. Enterprise Co., Ltd. and Hilton International (Thailand) Co. LTD (collectively, "Thai Defendants").  (OSC (Dkt. # 54).)  On May 12, 2020, the Clays responded to the court's order to show cause, stating:  "Without waiving its [sic] objection to the summary judgment ruling, plaintiffs acknowledge that the Court's finding of res judicata and collateral estoppel requires the dismissal of the entire case."  (OSC Resp. (Dkt. # 55) at 3.)  Based on this admission, the court concludes that its order granting summary judgment in favor of Moving Defendants applies equally to the Clays' claims against Thai Defendants.  Accordingly, the court GRANTS summary judgment in favor of Thai Defendants on the Clays' claims.

Dated this 13th day of May, 2020.

JAMES L. ROBART
United States District Judge